**James Russell HAWTHORNE, Appellant, v. UNITED STATES of America, Appellee.**

No. 10569.

United States Court of Appeals
Sixth Circuit.

Oct. 21, 1948.

James Russell Hawthorne, of Atlanta, Ga., for self.

John Brown, of Memphis, Tenn., for appellee.

Before HICKS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This case was heard upon the transcript of the record, briefs filed herein and the oral argument of the Assistant District Attorney, and the court being of the opinion that the record fails to disclose an abuse by the District Court of judicial discretion in denying appellant's motion for a new trial, it is therefore ordered and adjudged that the order appealed from be and the same is in all things affirmed.